**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rooney Trucking, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1160590** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6035 S Hwy 13** **Polo, MO 64671** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Caldwell** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Rooney Trucking, Inc.**                                              Case number (*if known*) _____
      Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor    **Rooney Trucking, Inc.**                                         Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in** *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or** ☑ No
**have possession of any**
**real property or personal** ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
**available funds**
                              ☐ Funds will be available for distribution to unsecured creditors.

                              ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
**creditors** | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets** | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Rooney Trucking, Inc.**                                       Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 12, 2022**
              MM / DD / YYYY

**X** **/s/ Dixie Rooney**                                   **Dixie Rooney**
Signature of authorized representative of debtor             Printed name

Title   **Vice President**

---

**18. Signature of attorney**

**X** **/s/ Ryan A. Blay**                    Date **April 12, 2022**
Signature of attorney for debtor                  MM / DD / YYYY

**Ryan A. Blay KS-001066**
Printed name

**WM Law, PC**
Firm name

**15095 West 116th Street**
**Olathe, KS 66062**
Number, Street, City, State & ZIP Code

Contact phone   **(913) 422-0909**     Email address   **blay@wagonergroup.com**

**KS-001066 MO**
Bar number and State

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Missouri

In re    **Rooney Trucking, Inc.**
_____    Case No. _____
                                    Debtor(s)         Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtor in adversary proceedings, objections to discharge or dischargeability actions.
     If Debtor fails to perform duties of Debtor as listed in the Rights and Responsibility Agreement, subject to Court
     approval, attorney will charge Debtor fees as stated in Engagement Letter signed with Debtor and will file an
     Amended Disclosure of Compensation with the Court.**

---

**CERTIFICATION**

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 12, 2022**
_____                /s/ Ryan A. Blay
_Date_                                          **Ryan A. Blay KS-001066**
                                                _Signature of Attorney_
                                                **WM Law, PC
                                                15095 West 116th Street
                                                Olathe, KS 66062
                                                (913) 422-0909   Fax: (913) 428-8549
                                                blay@wagonergroup.com**
                                                _Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name __**Rooney Trucking, Inc.**__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**April 12, 2022**__          X **/s/ Dixie Rooney**
                                         Signature of individual signing on behalf of debtor

                                         **Dixie Rooney**
                                         Printed name

                                         **Vice President**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Rooney Trucking, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   **30,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $   **1,404,396.95**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $   **1,434,396.95**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **286,000.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **200,000.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$   **44,438.59**

4.   Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b       $   **530,438.59**

**Fill in this information to identify the case:**

Debtor name      **Rooney Trucking, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Bank of the West BNP Paribas. There are outstanding checks which will reduce the current balance of $207,000.** | **Choice Business Checking** | 6224 | **$207,000.00** |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | **$207,000.00** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **expected return of deposits for worker's compensation insurance, truck insurance, and other insurances. Reduction in workforce and sales of some vehicles have left to reduction in premiums or other rebates.** | **Unknown** |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|---|---|---|
| | Description, including name of holder of prepayment | |

| 9. | **Total of Part 2.** | **$0.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Rooney Trucking, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  60,000.00  -  0.00  = ....  $60,000.00
            face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**  $60,000.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Filing Cabinet, Television, Microwave, Computer System, Copy Machine, Fax Machine, Computer Desk/Filing Cabinet, Calculator, Computer, Office Copier, Computer Monitor, New Telephones, Copier** | $0.00 | Tax records | $8,470.95 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Rooney Trucking, Inc.**
          Name

Case number *(If known)*

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$8,470.95** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **25 Vans, ranging from 1996-2012 Years.**<br>**See attached Equipment List for VINs**<br>**and storage locations** | **$0.00** | **Purchase price** | **$460,750.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. **8 trailers, ranging from 1985 to 2001**<br>**model years. see equipment list for**<br>**serial #s and locations** | **$0.00** | **Purchase price** | **$34,900.00** |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**14 Tractors, ranging from 1999-2007 model**<br>**years, see Equipment List for Serial #s and**<br>**locations.** | **$0.00** | **Purchase Price** | **$283,050.00** |
| **Economy Welder, 3 Oil storage tanks, engine**<br>**hoist for shop, shop air conditioner,**<br>**heather/air conditioner, software updates, new**<br>**computer, copier, fax machine, peachtree**<br>**software 13.0, inspection books, calculation 2,**<br>**transmission jack, computer, laptop - office,**<br>**laptop-shop, fax machine, furnace, air**<br>**compressor, storage trailer, computer and**<br>**screen, copy machine, 2 new computers, box**<br>**unit for #125, new box for #187, power**<br>**washers (2), box for truck #193** | **$0.00** | **Tax records** | **$50,226.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Rooney Trucking, Inc.**                                    Case number *(If known)* _____
         Name

51. **Total of Part 8.**                                                          $828,926.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **6035 S highway 13, Polo, MO  64671 Constructed 7-8 years ago for $25,000 Has kitchen and bathroom, no shower, technically habitable approximately 30X14 hay loft/property on skids**<br><br>**on property of Patrick (Tom) and Dixie Rooney** | Fee Simple | $0.00 | cost to build + | $30,000.00 |

56. **Total of Part 9.**                                                          $30,000.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Rooney Trucking, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Any and all causes of action against US Postal Service pending in PSBCA 6894 - Rooney Trucking v. USPS appeal** | **Unknown** |

| Nature of claim | PSBCA appeal |
| --- | --- |
| Amount requested | $0.00 |

| 76. | **Trusts, equitable or future interests in property** | |
| --- | --- | --- |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Expected post office revenue to be tendered on or around 4/29/2022 for work peformed in April 2022** | $300,000.00 |

| 78. | **Total of Part 11.** | $300,000.00 |
| --- | --- | --- |
|  | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Rooney Trucking, Inc.**_____   Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $207,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $60,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,470.95 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $828,926.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................................> | | $30,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,404,396.95 | + 91b. $30,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,434,396.95 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Rooney Trucking, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Bank of the West**<br>Creditor's Name | $286,000.00 | **Unknown** |

**180 Montgomery Street**
**San Francisco, CA 94104**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/21/2012**

**Last 4 digits of account number**
**6525**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC Filing 120302447424 dated 2/21/2012 and renewed with Missouri Secretary of State. GBSA on all assets of the Debtor**

**Describe the lien**
**General Business Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $286,000.00

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Rooney Trucking, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** | **$200,000.00** |
| | **Internal Revenue Service**<br>**PO Box Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**3Q 2021, 4Q 2021, 1Q 2022, potentially 2Q 2022** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| | **Internal Revenue Service**<br>**PO Box Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Medicare payments due for 3Q and 4Q 2021 and<br>1Q/2Q 2022** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Debtor | **Rooney Trucking, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Social security owed for 3Q and 4Q 2021, 1Q and 2Q 2022**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alandon Tow service**
**6224 Kansas Ave**
**Topeka, KS 66611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unpaid tow services for month of April 2022**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,071.59** |
|---|---|---|---|

**Bank of the West**
**100 SW 150 Highway**
**Lees Summit, MO 64082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BusinessLink Reserve**

Last 4 digits of account number  **6224**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,367.00** |
|---|---|---|---|

**Bank of the West**
**180 Montgomery Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flex line**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Bank of the West**
**180 Montgomery Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **flex loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chelsea Doss**
**3812 S. DAVIDSON AVENUE**
**Independence, MO 64055**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **disputed claim for injuries**
 **Jackson County, MO case no. 2116-CV25345 - CHELSEA DOSS V ROONEY TRUCKING, INC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rooney Trucking, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dave F. Stark**
**22798 Talbot Street**
**Mercer, MO 64661**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Any potential claim for wages owed**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Pulley**
**107 West Harrison Street**
**Brunswick, MO 65236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Any potential claim for wages owed**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Daniels**
**1411 NW Old Hwy 36**
**Hamilton, MO 64644**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Any potential claim for wages owed**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Taylor**
**404 West 2nd**
**Rayville, MO 64084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Any potential claim for wages owed**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Miller**
**217 East Clayton**
**Brookfield, MO 64628**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Any potential claim for wages owed**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fabenson Daphnis**
**15293 West 150th Terrace**
**Olathe, KS 66062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Any potential claim for wages owed**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Frakes**
**108 King Street**
**De Kalb, MO 64440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Any potential claim for wages owed**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Rooney Trucking, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Glen O'Connor
1211 3rd Street
Chillicothe, MO 64601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Any potential claim for wages owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Heather Brown
231 Main Street
Cowgill, MO 64637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Any potential claim for wages owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Hershel Ragan
701 Park
Carrollton, MO 64633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Any potential claim for wages owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

James Wilks Jr
5593 Linn Road
Perry, KS 66073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Any potential claim for wages owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jamie Snider
610 North Ardinger
Hamilton, MO 64644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Any potential claim for wages owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jason Floyd
1100 Bird Avenue
Harrisonville, MO 64701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Any potential claim for wages owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jerry Taylor
404 West 2nd
Rayville, MO 64084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Any potential claim for wages owed

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rooney Trucking, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jill Bates
9545 Hill School Road
Richmond, MO 64085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Any potential claim for wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

John Gonzales
4916 Edgehill Drive
Kansas City, KS 66106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Any potential claim for wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Joseph Constant
317 Sloan Street
Carrollton, MO 64633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Any potential claim for wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Joseph Woody
214 South Elm Street
Sumner, MO 64681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Any potential claim for wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Joshua King
1618 Calhoun Street
Chillicothe, MO 64601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Any potential claim for wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kelvin Patton
408 Jackson Street, Apt 4
Warrensburg, MO 64093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Any potential claim for wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kevin Romans
515 East Ewing Road
Liberty, MO 64068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Any potential claim for wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Rooney Trucking, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Loni Krouse**
**205 East Farabee Street**
**Apt A**
**Polo, MO 64671**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Any potential claim for wages owed

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Mark Drummond**
**5207 East 22nd Street**
**Kansas City, MO 64127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Any potential claim for wages owed

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Michael Brownrig**
**POB 531**
**Welda, KS 66091**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Any potential claim for wages owed

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Monica Catron**
**101 South 3rd Street**
**Iola, KS 66749**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Any potential claim for wages owed

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Morgan Simmons**
**6874 SW Mirabile Drive**
**Polo, MO 64671**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Any potential claim for wages owed

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Patrick (Tom) and Dixie Rooney**
**6035 S Highway 13**
**Polo, MO 64671-9788**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  notice only - use of personal account to support business.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Patrick Rooney III**
**108 West 16th Street**
**Higginsville, MO 64037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Any potential claim for wages owed

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rooney Trucking, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Robert Collins III**<br>**805 South Huttig**<br>**Independence, MO 64053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Any potential claim for wages owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Rooney Leasing LLC**<br>**6035 S Highway 13**<br>**Polo, MO 64671** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **notice only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Russell Konopase**<br>**12999 SE Sader**<br>**Braymer, MO 64624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Any potential claim for wages owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Steven Bundy**<br>**POB 151**<br>**Garnett, KS 66032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Any potential claim for wages owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Steven Lynn**<br>**107 Grant Drive**<br>**Warrensburg, MO 64093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Any potential claim for wages owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Tammy Alspaugh**<br>**37987 West 220th Street**<br>**Polo, MO 64671** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Any potential claim for wages owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Terri Blackmun**<br>**406 S. Lafayette**<br>**Mayview, MO 64071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Any potential claim for wages owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Rooney Trucking, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**United States Postal Service**
**c/o Recorder**
**2101 Wilson Blvd. Suite 600**
**Arlington, VA 22201-3078**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PSBCA 6894 - Rooney Trucking v. USPS appeal

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank of the West**<br>**PO Box 2830**<br>**Omaha, NE 68103-2830** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bank of the West**<br>**180 Montgomery Street**<br>**Attn: Nandita Bakhshi, President/CEO**<br>**San Francisco, CA 94104** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **LANGDON & EMISON**<br>**911 MAIN STREET**<br>**PO Box 220**<br>**Lexington, MO 64067-0220** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **SCHMITT LAW FIRM LLC**<br>**2600 GRAND BLVD**<br>**Kansas City, MO 64108** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 200,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 44,438.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 244,438.59 |

---

**Fill in this information to identify the case:**

Debtor name    **Rooney Trucking, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest **$4500 per month for use and storage of multiple buildings** <br><br> State the term remaining  **ongoing leae** <br><br> List the contract number of any government contract | **12th Street Service LLC** <br> **6035 S. Hwy 13** <br> **Polo, MO 64671** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest **ongoing leases for approximately 30 trucks and trailers.** <br><br> State the term remaining  **no fixed terms** <br><br> List the contract number of any government contract | **Rooney Leasing LLC** <br> **6035 S Highway 13** <br> **Polo, MO 64671** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest **Commercial Vehicle Lease for Truck 184: 2002 Dodge Pickup Vin # 3B7KF23672M2151 18** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Rooney Leasing LLC** <br> **South Hwy 13** <br> **Polo, MO 64671** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest **Commercial Vehicle Lease for Truck 217: 2014 Freightliner 21 Van Vin # 3ALACWDT3EDFN6215** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Rooney Leasing LLC** <br> **South Hwy 13** <br> **Polo, MO 64671** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Rooney Trucking, Inc.**

<u>First Name</u>       <u>Middle Name</u>        <u>Last Name</u>                    Case number *(if known)*  _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 218: 2014 Freightliner van VIN 3ALACWDT1EDFN6214** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 219: 2012 Freightliner TRACTOR VIN 1FVACWDU7CDBR581** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 220: 2004 Isuzu 1-Ton Truck Vin# JALE51314247901 791** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 222: 2007 International 4300 2T Van Vin # 1HTMMAMM371-143 1718** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 223: 2015 International Durastar 4300 Vin # IHTMMAAL4FH666716** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any | | |

| Debtor 1 | **Rooney Trucking, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 224: 2015 International Durastar 4300 Vin # 1 HTMMAAL6FH6667 17** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 225: 2005 International 15500 2T Van Yin # 1HTMMAAM35H 168000** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 226: 2006 International 15500 2T Van Vin # 1HTMMAAM96H236432** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 228: 2006 Isuzu NQR Yin # JALESB16767301062** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 230: 2006 Chevrolet Malibu Vin # 1G1ZT51846F292766** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1  **Rooney Trucking, Inc.**

First Name          Middle Name          Last Name                Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract    _____

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 231: 2006 GMC 4500 Vin # J8DC4B16267001391** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 232: 2015 International 5300 Vin # 1HTMMAAL9FH666713** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 233: 2015 International Vin # 1HTMMAAL3FH666769** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 835: 2007 International Tractor Vin # 1HSHXAHR97J375114** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 836: 2007 International Tractor Vin # 1HSHXAHR07J482505** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Rooney Trucking, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 837: 2007 Interriational Tractor Vin # 1HSHXAHR07j482374** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 838: 2014 Freightliner Cascadia Vin # 3AKBGEDV2ESFZ6368** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 839: 2014 Freightliner Cascadia Vin # 3AKBGEDV4ESFZ6369** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 840: 2015 Freightliner Cascadia Vin # 1 FUJGLBG6FLGM9154** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

Debtor 1   **Rooney Trucking, Inc.**                                                    Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.24. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 841: 2015 Freightliner Cascadia Vin # AFUJGLBG9FLGM9 147** |
| State the term remaining | **Rooney Leasing LLC** |
| List the contract number of any government contract | **South Hwy 13 Polo, MO 64671** |
| 2.25. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 842: 2015 Freightliner Cascadia Vin # I FUJGLBG5FLGM9 145** |
| State the term remaining | **Rooney Leasing LLC** |
| List the contract number of any government contract | **South Hwy 13 Polo, MO 64671** |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 4506: 2001 Stoughton Trailer Vin # ADW1A45221S51 1809** |
| State the term remaining | **Rooney Leasing LLC** |
| List the contract number of any government contract | **South Hwy 13 Polo, MO 64671** |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 4803: 2001 Stoughton Trailer 1DW1A48291S511706** |
| State the term remaining | **Rooney Leasing LLC** |
| List the contract number of any government contract | **South Hwy 13 Polo, MO 64671** |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 4804: 1996 Freightliner Semi Truck 1FUYDSYB2TH872624 and 2000 Trailmobile 2000 Trailer 1PT01AAH7Y9005176** |
| State the term remaining | **Rooney Leasing LLC** |
| List the contract number of any | **South Hwy 13 Polo, MO 64671** |

Debtor 1  **Rooney Trucking, Inc.**                                    Case number (*if known*)
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 4806: 2001 Stough Trailer Vin# 1DW1A48231S51 1720** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 4807: 2001 Stough Trailer Vin# 1DW1A4821 1511702** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 4808: 2001 Stoughton Trailer Vin # 1DW1A48281S511728** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 5318: 2001 Stoughton Trailer Vin # 1 DWI A53291S516403** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Vehicle Lease for Truck 5319: 2001 Strick Trailer Vin 4 1DW1A53231S516204** | |
|---|---|---|---|
| | State the term remaining | | **Rooney Leasing LLC South Hwy 13 Polo, MO 64671** |
| | List the contract number of any government contract | | |

Debtor 1    **Rooney Trucking, Inc.**                                              Case number *(if known)*
   First Name       Middle Name       Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease with Tom & Dixie Rooney for rental of the property at 6035 South Hwy 13.  $325 per month.** | |
|---|---|---|---|
| | State the term remaining | | **Tom & Dixie Rooney** |
| | List the contract number of any government contract | | **6035 South Hwy 13 Polo, MO 64671** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **contract to provide services for USPS. Debtor will be unable to perform due to expected loss of staff as a result of bankruptcy filing and prior cuts to service from USPS.** | |
|---|---|---|---|
| | State the term remaining | **14 months** | **United States Postal Service c/o Recorder** |
| | List the contract number of any government contract | | **2101 Wilson Blvd. Suite 600 Arlington, VA 22201-3078** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Rooney Trucking, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Patrick (Tom) and Dixie Rooney** | **6035 S Highway 13 Polo, MO 64671-9788** | **Bank of the West** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Robert Akins** | **21524 S. SORYL AVENUE Peculiar, MO 64078** | **Chelsea Doss** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Rooney Trucking, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$1,000,000.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$5,231,038.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$5,735,921.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | **PPP Loan** | **$492,000.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor  **Rooney Trucking, Inc.**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **World Fuel** | **2/7** | **$64,490.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **fuel** |
| 3.2. **Cottingham & Butler**<br>**800 Main Street**<br>**Dubuque, IA 52001** | **2/2/2022** | **$32,758.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **truck insurance** |
| 3.3. **Assured Partners Group** | **2/7/2022** | **$30,182.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **401k/Health Insurance** |
| 3.4. **AmWins Speciality** | **2/7/2022** | **$12,628.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **worker's compensation insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bank of the West**<br>**180 Montgomery Street**<br>**San Francisco, CA 94104**<br>**creditor** | **ongoing** | **Unknown** | **insiders Patrick (Tom) and Dixie Rooney have executed personal guarantees to Bank of the West** |
| 4.2. **Tammy Alspaugh**<br>**37987 West 220th Street**<br>**Polo, MO 64671**<br>**Daughter of the owners and President of Rooney Trucking, Inc** | **Regular gross pay of $2,450 (net $1,922) on the 1st and 15th of the month.** | **$0.00** | **For wages earned** |

Debtor   **Rooney Trucking, Inc.**                                            Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Patrick Rooney III**<br>**108 West 16th Street**<br>**Higginsville, MO 64037**<br>**Employee and son of the owners of**<br>**Rooney Trucking Inc** | **Regular gross pay of $2,250 (net $1,752.87) on the 1st and 15th of the month** | **$0.00** | **For wages earned** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor **Rooney Trucking, Inc.**     Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **WM Law**<br>**15095 West 116th St.**<br>**Olathe, KS 66062** | **Attorney Fees** | **4/12/2022** | **$4,000.00** |
| | **Email or website address**<br>**blay@wagonergroup.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **International 9400i Sleeper Truck Tractor - $9,000)**<br>**53 ft. X 102 in T/A Van Trailer - $20,500** | | |
| | **Ritchie Brothers**<br>**1800 E Old Hwy 40**<br>**Odessa, MO 64076** | **Kenworth T2000 Sleeper Truck Tractor is still in Ritchie Brothers possession and has not yet sold.** | **3/2022** | **$29,500.00** |
| | **Relationship to debtor**<br>**unrelated** | | | |

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Rooney Trucking, Inc.**                                    Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Assured Partners Group** | EIN: |

Has the plan been terminated?
☐ No
■ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Rooney Trucking, Inc.**                                    Case number *(if known)* _____

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **US Bank**<br>**100 E N Main St,**<br>**Richmond, MO 64085** | **Tammy Alspaugh, Patrick (Tom) and Dixie Rooney** | titles to vehicles | ☐ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Rooney Trucking, Inc.**                                   Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Westbrook & Co, PC**<br>**749 Driskill Dr.**<br>**Richmond, MO 64085-1608** | **20+ years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dixie Rooney** | **6035 S Highway 13**<br>**Polo, MO 64671-9788** | **Vice President** | **50% owner** |

Debtor    **Rooney Trucking, Inc.**

Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Patrick (Tom) Rooney** | **6035 S. Highway 13 Polo, MO 64671-9788** | **owner, board member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Tammy Alspaugh** | **37987 W 220th St. MO 64610** | **board member, President** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

Debtor    **Rooney Trucking, Inc.**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 12, 2022**

**/s/ Dixie Rooney**                                    **Dixie Rooney**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

# United States Bankruptcy Court
## Western District of Missouri

In re    **Rooney Trucking, Inc.** _____    Case No. _____

                                                        Debtor(s)       Chapter    **7** _____

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is

true and correct to the best of my knowledge and includes the name and address of my

ex-spouse (if any).

Date:    **April 12, 2022** _____          **/s/ Dixie Rooney** _____

                                                    **Dixie Rooney**/**Vice President**

                                                    Signer/Title

12th Street Service LLC
6035 S. Hwy 13
Polo MO 64671


Alandon Tow service
6224 Kansas Ave
Topeka KS 66611


Bank of the West
100 SW 150 Highway
Lees Summit MO 64082


Bank of the West
180 Montgomery Street
San Francisco CA 94104


Bank of the West
PO Box 2830
Omaha NE 68103-2830


Bank of the West
180 Montgomery Street
Attn: Nandita Bakhshi, President/CEO
San Francisco CA 94104


Chelsea Doss
3812 S. DAVIDSON AVENUE
Independence MO 64055


Dave F. Stark
22798 Talbot Street
Mercer MO 64661


David Pulley
107 West Harrison Street
Brunswick MO 65236


Donald Daniels
1411 NW Old Hwy 36
Hamilton MO 64644


Elizabeth Taylor
404 West 2nd
Rayville MO 64084

Eric Miller
217 East Clayton
Brookfield MO 64628

Fabenson Daphnis
15293 West 150th Terrace
Olathe KS 66062

George Frakes
108 King Street
De Kalb MO 64440

Glen O'Connor
1211 3rd Street
Chillicothe MO 64601

Heather Brown
231 Main Street
Cowgill MO 64637

Hershel Ragan
701 Park
Carrollton MO 64633

Internal Revenue Service
PO Box Box 7346
Philadelphia PA 19101-7346

James Wilks Jr
5593 Linn Road
Perry KS 66073

Jamie Snider
610 North Ardinger
Hamilton MO 64644

Jason Floyd
1100 Bird Avenue
Harrisonville MO 64701

Jerry Taylor
404 West 2nd
Rayville MO 64084

Jill Bates
9545 Hill School Road
Richmond MO 64085


John Gonzales
4916 Edgehill Drive
Kansas City KS 66106


Joseph Constant
317 Sloan Street
Carrollton MO 64633


Joseph Woody
214 South Elm Street
Sumner MO 64681


Joshua King
1618 Calhoun Street
Chillicothe MO 64601


Kelvin Patton
408 Jackson Street, Apt 4
Warrensburg MO 64093


Kevin Romans
515 East Ewing Road
Liberty MO 64068


LANGDON & EMISON
911 MAIN STREET
PO Box 220
Lexington MO 64067-0220


Loni Krouse
205 East Farabee Street
Apt A
Polo MO 64671


Mark Drummond
5207 East 22nd Street
Kansas City MO 64127


Michael Brownrig
POB 531
Welda KS 66091

Monica Catron
101 South 3rd Street
Iola KS 66749


Morgan Simmons
6874 SW Mirabile Drive
Polo MO 64671


Patrick (Tom) and Dixie Rooney
6035 S Highway 13
Polo MO 64671-9788


Patrick Rooney III
108 West 16th Street
Higginsville MO 64037


Robert Akins
21524 S. SORYL AVENUE
Peculiar MO 64078


Robert Collins III
805 South Huttig
Independence MO 64053


Rooney Leasing LLC
6035 S Highway 13
Polo MO 64671


Rooney Leasing LLC
South Hwy 13
Polo MO 64671


Russell Konopase
12999 SE Sader
Braymer MO 64624


SCHMITT LAW FIRM LLC
2600 GRAND BLVD
Kansas City MO 64108


Steven Bundy
POB 151
Garnett KS 66032

```
Steven Lynn
107 Grant Drive
Warrensburg MO 64093


Tammy Alspaugh
37987 West 220th Street
Polo MO 64671


Terri Blackmun
406 S. Lafayette
Mayview MO 64071


Tom & Dixie Rooney
6035 South Hwy 13
Polo MO 64671


United States Postal Service
c/o Recorder
 2101 Wilson Blvd. Suite 600
Arlington VA 22201-3078
```

# United States Bankruptcy Court
## Western District of Missouri

In re   __Rooney Trucking, Inc.__              Case No. _____
                                       Debtor(s)          Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Rooney Trucking, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 12, 2022__
Date

/s/ Ryan A. Blay
__Ryan A. Blay KS-001066__
Signature of Attorney or Litigant
Counsel for    __Rooney Trucking, Inc.__
__WM Law, PC__
__15095 West 116th Street__
__Olathe, KS 66062__
__(913) 422-0909 Fax:(913) 428-8549__
__blay@wagonergroup.com__